**United States Bankruptcy Court**

Page 1

In RE: LAWRENCE DENNIS TARDIFF
542 RIVER ROAD

CUSHING ME 04563

Case Number **17-10310-ME**

SS #(1): xxx-xx-1793
SS #(2): xxx-xx-

## Outgoing Trustee's Report and Account

**Case Filed:** 6/13/2017   **Plan Confirmed:**

**Report Prepared:** 09/30/2017

Pursuant to Chapter 13 Rule 2015(c), the trustee has maintained a detailed record of all receipts including the source or other identification of each receipt and of all disbursements.

**RECEIPTS:** Amount paid to the trustee by or for the Debtor for benefit of Creditors.  $801.00

| Distributions to Creditors Creditor Name | Class | Payment Authorized | Amount Paid | Balance Due |
|---|---|---|---|---|
| Internal Revenue Service | Priority | 0.00 | | Contingent |
| Internal Revenue Service | Unsecured | 0.00 | | Contingent |
| Navy Federal Credit Union | Unsecured | 0.00 | | Contingent |
| State of Maine | Secured | 0.00 | | Contingent |
| State of Maine | Priority | 0.00 | | Contingent |
| State of Maine | Unsecured | 0.00 | | Contingent |
| Katherine E. Sullivan-Tardiff | Priority | 0.00 | | Contingent |
| Treasurer, State of Maine | Priority | 0.00 | | Contingent |
| PLEASE DELETE | Priority | 0.00 | | Not Filed |

## SUMMARY OF CLAIMS ALLOWED AND PAID

|  | Refund | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |
|---|---|---|---|---|---|---|---|---|
| Total Allowed |  | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $70.08 |
| Principal Paid |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70.08 |
| Interest Paid |  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $0.00 |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| RICHARD M. GOLDMAN, ESQ. | 5,000.00 | 0.00 |

### COURT COSTS & OTHER EXPENSES OF ADMINISTRATION

| Trustee Notice Fees | Trustee's Expense & Compensation Fund | Court Notice Fees | Total Cost & Expense |
|---|---|---|---|
| 0.00 | 70.08 | 0.00 | 70.08 |

### SUMMARY

| | |
|---|---|
| Receipts - Amount Paid to Trustee by Debtor | 801.00 |
| Total Paid to Principal & Interest | 0.00 |
| Refund to Debtor | 0.00 |
| Paid to Debtor's Attorney | 0.00 |
| Court Cost & Other Expenses of Administration | 70.08 |
| Total Disbursements | 70.08 |
| Remaining Funds on Hand | 730.92 |

RECEIPTS: Amount paid to the trustee by or for the Debtor for benefit of Creditors.

/s/ Peter C. Fessenden
Peter C. Fessenden
STANDING CHAPTER 13 TRUSTEE

/s/ Peter C. Fessenden, Standing Chapter 13 Trustee
Standing Chapter 13 Trustee
Post Office Box 429

Brunswick, ME 04011

Debtor(s):
LAWRENCE DENNIS TARDIFF
542 RIVER ROAD
CUSHING, ME 04563

Debtor's Attorney:
RICHARD M. GOLDMAN, ESQ.
PO BOX 806
AUGUSTA, ME 04332-0806